# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# CHARLOTTE DIVISION
# 3:94-CR-111

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **JERRY ALLEN BAILEY** | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. Due to clerical errors in the Order signed on June 30, 2009 [doc. 1003], the Clerk's Office is directed to **STRIKE** said Order.

**IT IS SO ORDERED.**

Signed: July 2, 2009

Graham C. Mullen
United States District Judge