# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# CHARLOTTE DIVISION
# 3:94-CR-111

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JERRY ALLEN BAILEY | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. On June 1, 2009, defendant Jerry Allen Bailey filed a Reply to Government's Response.

**IT IS HEREBY ORDERED** that the Government shall respond to defendant's reply. The Government is also directed to address specifically their position on the defendant's criminal history category and offense level. **IT IS FURTHER ORDERED** that the Government's response shall be filed with this court by **July 13, 2009.**

**IT IS SO ORDERED.**

Signed: July 2, 2009

Graham C. Mullen
United States District Judge