AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JERRY ALLEN BAILEY | ) Case No: 3:94CR111-28 |
| | ) USM No: 11871-058 |
| Date of Previous Judgment: April 2, 1996 | ) Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 38      Amended Offense Level: 37
Criminal History Category: VI      Criminal History Category: VI
Previous Guideline Range: 360 to Life months      Amended Guideline Range: 360 to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as the guideline range remains unchanged. The Application of Amendment 706 results in no change to the advisory guideline range since the defendant is a "Career Offender" under USSG §4B1.1.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated April 2, 1996, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 27, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge