# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on November 10, 2015, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| **Jerry Allen Bailey** | Reg. No. 11871-058 |
| **Shauna Barry-Scott** | Reg. No. 54788-060 |
| **Larry Darnell Belcher** | Reg. No. 07207-084 |
| **John L. Houston Brower** | Reg. No. 21650-057 |
| **Norman O'Neal Brown** | Reg. No. 25415-037 |
| **Nathaniel Brown** | Reg. No. 29424-018 |
| **Joseph Burgos** | Reg. No. 04289-424 |
| **Clarance Callies,** aka Clarence Callies | Reg. No. 13001-180 |
| **Anthony Leon Carroll** | Reg. No. 38354-018 |
| **Juan Diego Castro** | Reg. No. 54684-079 |
| **Cedric Culpepper** | Reg. No. 25619-018 |
| **Walter R. Dennie** | Reg. No. 04494-027 |
| **Steven D. Donovan,** aka Stephen D. Donovan | Reg. No. 03293-089 |
| **Romain Dukes** | Reg. No. 08422-424 |
| **Tony Lynn Hollis** | Reg. No. 17627-074 |
| **Alex William Jackson** | Reg. No. 06008-084 |
| **Jackie Johnson** | Reg. No. 03800-015 |
| **Jerome Wayne Johnson** | Reg. No. 30083-018 |
| **Willie C. Johnson** | Reg. No. 30115-044 |
| **Mark Anthony Jones** | Reg. No. 10997-017 |
| **Roy Larry Lee** | Reg. No. 09570-018 |
| **Kenneth Lorenzo Lewis** | Reg. No. 17430-083 |
| **Douglas M. Lindsay, II** | Reg. No. 93001-071 |
| **Kevin Matthews** | Reg. No. 99402-071 |
| **Marlon McNealy** | Reg. No. 15668-018 |
| **Brian Nickles** | Reg. No. 28685-034 |
| **Jermaine Lee Osborne** | Reg. No. 11913-084 |
| **Marcus H. Richards** | Reg. No. 63899-004 |
| **Patrick Roberts** | Reg. No. 22567-039 |
| **Bryant Keith Shelton** | Reg. No. 24969-018 |
| **Ezekiel Simpson** | Reg. No. 31051-044 |
| **Katrina Stuckey Smith** | Reg. No. 89426-020 |
| **Bart Stover** | Reg. No. 39675-060 |
| **James Marion Stockton** | Reg. No. 09560-084 |
| **Robert Earl Thomas, Jr.** | Reg. No. 07315-078 |
| **Bruce Todd** | Reg. No. 53862-019 |
| **Jeffery Jerome Toler** | Reg. No. 03848-017 |
| **James Nathan Walton** | Reg. No. 11948-035 |
| **Telisha Rachette Watkins** | Reg. No. 09024-058 |
| **Dunning Wells** | Reg. No. 03348-018 |
| **Kimberly A. Westmoreland** | Reg. No. 66184-061 |
| **James Rufus Woods** | Reg. No. 19327-057 |
| **John M. Wyatt** | Reg. No. 04900-051 |
| **Robert Joe Young** | Reg. No. 23459-001 |

I hereby further commute the total sentence of imprisonment imposed upon **Joe Louis Champion**, Reg. No. 75103-079, to expire on November 10, 2015. I also remit the unpaid balance of the $4,000 fine imposed. I leave intact and in effect the 10-year term of supervised release with all its conditions imposed and all other components of the sentence.

I hereby further commute the 240-month sentence of imprisonment imposed upon **Donald Vanderhorst**, Reg. No. 95301-071, in Docket Number 2:03-627(1), out of the District of South Carolina to expire on November 10, 2015, leaving intact and in effect the 10-year term of supervised release and all other components of that sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington this 13th day of July in the year of our Lord Two thousand and fifteen and of the Independence of the United States the two hundred and fortieth.

**BARACK OBAMA**
**President**

July 13, 2015, Verified by phone with
Larry Kupers, Deputy Pardon Attorney,
Office of the Pardon Attorney
(202) 616-6075

Digitally signed by CRAIG PICKLES
DN: c=US, o=U.S. Government,
ou=Dept of Justice, ou=BOP, cn=CRAIG PICKLES,
0.9.2342.19200300.100.1.1=150010006
63736
Date: 2015.07.13 11:02:34 -05'00'